# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, et al., | ) ) | Bankruptcy Case No. 18-12491-CTG<br>Bankr. BAP No. 25-0038 |
| Debtors. | ) ) | |
| _____ | ) | |
| SURGICAL PROGRAM DEVELOPMENT, LLC, | ) ) | |
| | ) | |
| Appellant, | ) ) | |
| v. | ) | Civil Action No. 25-1081-CFC |
| | ) | |
| SUCCESS HEALTHCARE I, LLC and PROMISE HEALTHCARE, INC., | ) ) ) | |
| Appellees. | ) ) | |
| _____ | ) | |

# ORDER

At Wilmington, Delaware, this **30th day of September 2025,**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

1. Appellant shall file an opening brief within five weeks from the entry of an order withdrawing the case from mediation and entering a briefing schedule.

2. Appellees shall file an answering brief within five weeks from the filing of the opening brief.

3. Appellant shall file a reply brief within three weeks from the filing of the answering brief.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE