IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP,<br>LLC, *et al.*,<br><br>　　　　Debtors.<br>_____<br>SURGICAL PROGRAM<br>DEVELOPMENT, LLC,<br><br>　　　　Appellant,<br><br>　　v.<br>SUCCESS HEALTHCARE 1, LLC and<br>PROMISE HEALTHCARE, INC.,<br><br>　　　　Appellees. | Chapter 11<br>Bankr. Case No. 18-12491-CTG<br>Bankr. BAP No. 25-0038<br><br><br><br><br>Civil Action No. 25-1081-CFC |

## ORDER

At Wilmington this 14th day of October 2025, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

It is HEREBY ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **November 19, 2025**.

2. Appellees' brief in opposition to the appeal is due on or before **December 29, 2025**.

3. Appellant's reply brief is due on or before **January 20, 2026**.

                                                                                                                 Chief Judge